MICHELE BECKWITH
Acting United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 1:22-CR-00297-JLT-BAM |
| Plaintiff, | STIPULATION TO VACATE TRIAL AND SET CHANGE OF PLEA HEARING; ORDER |
| v. | |
| CESAR LOSOYA, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for jury trial on 6/17/2025.

2. By this stipulation, defendant now moves to vacate the jury trial as to Cesar Losoya only, and set this matter for a change of plea on May 12, 2025. No exclusion of time is required as time has already been excluded up to and through 6/17/2025.

3. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Date: April 25, 2025

MICHELE BECKWITH
Acting United States Attorney

/s/ Antonio J. Pataca
ANTONIO J. PATACA
Assistant United States Attorney

Date: April 25, 2025

/s/ VICTOR PEREZ
VICTOR PEREZ
Counsel for Defendant
CESAR LOSOYA

### ORDER

IT IS SO ORDERED that the jury trial set for June 17, 2025, is vacated as to Cesar Losoya only. As to Cesar Losoya only, a change of plea hearing is set for **May 12, 2025, at 9:00 a.m. in Courtroom 4 before District Court Judge Jennifer L. Thurston.** Time was previously excluded through June 17, 2025.

IT IS SO ORDERED.

Dated:   **April 28, 2025**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE

STIPULATION TO SET CHANGE OF PLEA HEARING        2